Exhibit A to the Complaint

**Location:** Citrus Heights, CA  **IP Address:** 73.2.121.10
**Total Works Infringed:** 42  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: FE21D9F25D0BD4EC08C32B20B19F5D73A949FAE6<br>File Hash: B497D60EFCF9DDC3936B2714150098FFFF84E82A95EEF1033D66C561042917C7 | 02-28-2022 09:02:03 | Tushy | 02-27-2022 | 03-29-2022 | PA0002342706 |
| 2 | Info Hash: 91398B13F8A9800F779853A4C5FB134C59AE5780<br>File Hash: 37CB4080AA44A11A1A38050343489720F7421EDCD48A678DBBB6893999C060A1 | 02-18-2022 23:14:52 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 3 | Info Hash: 2425B4394AA3AA117D74786BFC49C3B637B13A59<br>File Hash: D3A333CDF04CBBA26D160C9B6574E23C5AB9AE7F0BB3332255A0E10EF5D078A7 | 02-14-2022 03:55:48 | Tushy | 02-13-2022 | 03-29-2022 | PA0002342838 |
| 4 | Info Hash: 59D30252136542919AAE23F0C7E881632E07F778<br>File Hash: 18028443C534E892FAB03BF5A273EA44B0E46C6BDAE9160F25423FB826C12963 | 01-27-2022 19:58:28 | Blacked | 02-19-2019 | 03-24-2019 | PA0002184061 |
| 5 | Info Hash: 18D1C9E26A0E196C4C939F1EA4171DFEBA8745CB<br>File Hash: 62105CFE4A8175089B73CB433075DE5C5527E0269FB62B94C460EFD285F4FB2D | 12-29-2021 22:23:49 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 6 | Info Hash: 21E84C79E51C7C548401A17528895573538EEB5A<br>File Hash: FC4090D0313BA9E0E44D9175D9B0BA121002C7DFA01EC8442BE5BA130CBD4DC7 | 12-21-2021 09:16:38 | Tushy | 12-19-2021 | 02-03-2022 | PA0002341852 |
| 7 | Info Hash: 8A842DDCB86E66CAD7B60FCCCE7233DA6889A656<br>File Hash: DF8E6894E3CBC6E08447054B28C296C204B4AFA57B61FD757AF487C9D7C1297F | 12-08-2021 00:02:29 | Vixen | 10-21-2017 | 11-30-2017 | PA0002098006 |
| 8 | Info Hash: 6035AA12C63BA7B5A3BD424C629C41DCB5C5E94D<br>File Hash: A5330871A31599822F5ECED5AB8C9376CD354FB59A0728B501459406CA1FA6A3 | 10-15-2021 07:08:23 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: A98B919CC1533CAE523CAFFD685F081F76795914<br>File Hash: 960C0F6EC48DE7B3694E521F123FDE3BB8213D344915BA1C6494CC096D79D029 | 09-07-2021 05:50:06 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 10 | Info Hash: 8D49B281B1AF985A5F78C9B954290CAF5CC7DD5F<br>File Hash: 5214FA7AFF80F33C48C96CBFD3F6B856D38AE3486ECDB708138106FD94DD47A8 | 09-04-2021 04:00:13 | Tushy | 01-11-2018 | 01-24-2018 | PA0002101766 |
| 11 | Info Hash: 43EE7035624FDA611EC63494F9FCBB78FA578F75<br>File Hash: A25C54E835F4E061C1E09A0033A12CFBCBBA316A24B22A4B0011CD5668C196D0 | 09-04-2021 03:41:41 | Tushy | 08-14-2018 | 09-01-2018 | PA0002119587 |
| 12 | Info Hash: E7EFEE78BB7AF187945D9250D5CA886E6869E755<br>File Hash: 399BEE228417F1199983A487545D05F1AF470D5A375DA73ACB32E6D0C4D5ADCB | 09-03-2021 19:06:57 | Blacked | 11-21-2018 | 01-22-2019 | PA0002149833 |
| 13 | Info Hash: BE357307C6C3D57648654654D648A36DAA3FEA03<br>File Hash: B5DB16575752EC55307C1F1FA6CDD137D185926361A7764F4272A836902CBF8B | 06-09-2021 12:10:30 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |
| 14 | Info Hash: 710B65149B6003DEB4C088447741D46DFE159FAE<br>File Hash: 89A777633FD6B2E6877491E21013997B1FBC065164D73B8E44F1E58EFF3A19A6 | 06-01-2021 20:55:37 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 15 | Info Hash: 93E3EBFDCBDB9F8B24F49167AED42356CB6B5797<br>File Hash: 5759CF1E96FE88B6319B0B4C5701F96F1C69FDEC2F5412AA7F336D7204658F08 | 05-19-2021 12:27:22 | Blacked Raw | 08-30-2019 | 09-17-2019 | PA0002216138 |
| 16 | Info Hash: 1576C8839ABAD31B1421DFDD40E6DAC26C4AC71B<br>File Hash: 4768B999E19A9764FA77FB9DDD817FF2EB77D61D8D4F6F350DC00B29B2E49D61 | 02-18-2021 11:36:40 | Blacked Raw | 01-25-2021 | 02-09-2021 | PA0002276145 |
| 17 | Info Hash: 7BED574AFA312F6831A1CDD406A5F1291515C568<br>File Hash: 0CDFAC8816AB3B68D45C3743A4C6F8B6BE16DEFDBCD039E1304DC79687B73B93 | 12-29-2020 17:46:48 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 090FC56A234EDD703DC3EC3ECB75989FA1D02917<br>File Hash: 222D59260952B32802128BC48A36BB788408D33F83128B2D9F48D7AE9D7B385E | 11-29-2020 09:42:41 | Blacked Raw | 11-02-2020 | 11-24-2020 | PA0002265968 |
| 19 | Info Hash: 7C05970693631664015FA0BA24831A5B6B9EC79F<br>File Hash: 9B25E11D198FB0C68CFFE7B3DB693C4E549E9F06233EE1E20DBFE7FDBA3C7EEC | 11-02-2020 03:08:11 | Blacked Raw | 10-05-2020 | 10-22-2020 | PA0002261806 |
| 20 | Info Hash: 70E290BA761A02F954B46C202A914AF2EBA424A0<br>File Hash: 4DE4E1DE98D652627ADEEA7C33F67F8B4602B868ED5754F0AA823CA7FE03BB96 | 10-05-2020 00:53:35 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 21 | Info Hash: 3AD113146AB30294B13B3B0CC341A2D9BBBF0A67<br>File Hash: 674CBE3EC3181117CC11DB32FEED40EE7874819397EC031284DC09893EB65E43 | 09-15-2020 02:02:57 | Blacked Raw | 09-14-2020 | 09-29-2020 | PA0002258688 |
| 22 | Info Hash: C133D6E28E71854F7C9E476BE465CD63BE1C8C2B<br>File Hash: C3066DC940D2CE6351DAEA891B40F962251B482354FCA3A5F20AE3F5B9F94773 | 09-01-2020 03:22:48 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 23 | Info Hash: BDF82178BBE38FCF4A50D74C67C73973CD69EF23<br>File Hash: 7F22DA1D6DA60BB321C084139E1FCFBFFAB5217515194D1BC4FC52AC899D3620 | 08-17-2020 01:07:37 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 24 | Info Hash: BFEDDA42C57B434CDBE2560CA5ACA20C241B1255<br>File Hash: D393DCDB5DF5B4BF08DA211B12536FA8C7C3B8928C959E2F38C282084BEC2AB8 | 08-11-2020 02:26:47 | Blacked Raw | 07-27-2020 | 08-11-2020 | PA0002252262 |
| 25 | Info Hash: 2B524B6F6E4161A83F548199A67119ECC8EFCF67<br>File Hash: 97EB70F552093092567A108F4051DEAC4E1695D5755720EC521496BD086F3205 | 06-06-2020 05:46:13 | Blacked Raw | 06-01-2020 | 06-25-2020 | PA0002255508 |
| 26 | Info Hash: 0A52BC8A79C6062CF2AE62919361F3ED6FF769B6<br>File Hash: A6339DD21414DE2172DBA6DA9605EC7215B272BACB9DD06325999B3124B1AF9C | 06-06-2020 05:25:26 | Blacked Raw | 05-25-2020 | 06-22-2020 | PA0002245633 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 6B941CDF9F27C534A5E07030A1E97EA7256CFF7D<br>File Hash: 17592C180CA3A84965F3604670F73816D68A51EBB71A1F8026287C20B0F531F6 | 06-06-2020 05:20:57 | Blacked Raw | 05-11-2020 | 06-08-2020 | PA0002243646 |
| 28 | Info Hash: 11575B869DE3A034D920FFDFADEB055C540A076F<br>File Hash: 9769506A26BB7AB24ADA6E8FF52442E3358BCEA9CC9F82DD85B901079B2C4AC6 | 06-06-2020 05:19:10 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |
| 29 | Info Hash: 8E3B21D5751F7588D7F8C87CEF062E431D0048F7<br>File Hash: 215A64D03E68A3554C9F255408626669037C799B6EDDEB625F222B14D4D20B52 | 06-06-2020 05:16:37 | Vixen | 06-05-2020 | 06-22-2020 | PA0002245631 |
| 30 | Info Hash: 0375A9CC6F696CF14E34696CAE9EF334733741E8<br>File Hash: 1C99FE6D021C575065CC1B5D4E76375B08A2CA860933F776EC1CBDB22FBC1D2D | 03-22-2020 20:56:58 | Blacked | 03-21-2020 | 04-15-2020 | PA0002246170 |
| 31 | Info Hash: 19C1395DB67EE9441B29A89A75B34D45317E7716<br>File Hash: 61681AF79758E32D6375754DA00B5D5D69BA550FE876966EB444891E9E8F633C | 03-19-2020 05:50:59 | Vixen | 03-14-2020 | 04-17-2020 | PA0002246114 |
| 32 | Info Hash: 10CDB291CC491B7D3AE629F9FC0B39A2F6240114<br>File Hash: F1B9022EC5907D3AE130E557162F6E1FC5CEABB439AFB36D566E3597AF8C3BAD | 03-03-2020 04:12:39 | Blacked Raw | 03-02-2020 | 04-17-2020 | PA0002246105 |
| 33 | Info Hash: 10D79E06573B7390379B567DBB92AB9A79E90943<br>File Hash: 40208A840292C997ED3725A15D4EBBECB53E1EF4ED1F21F7E398BCD2A6A3C443 | 02-22-2020 06:26:34 | Tushy | 02-20-2020 | 03-18-2020 | PA0002241623 |
| 34 | Info Hash: DB62E40C2955C3F1CA423B86FC0488F726C2335F<br>File Hash: 5E77791CA69E8D411E98B26FAB96CF8505CC66AE74C42FD899695FD22BDB5A12 | 02-20-2020 04:43:42 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 35 | Info Hash: EDCB505C02A9AB47BDC8C2E7E3A7EDF7D1D3C291<br>File Hash: 837E1490718032F2F3BF70CBA954C1B91292F83F3300EFA39B0FAAFC76E019F3 | 02-07-2020 00:41:35 | Blacked Raw | 02-06-2020 | 02-20-2020 | PA0002229053 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 701FE06D9654E4828136DB0C4DD4A89EADEB1426<br>File Hash: 36C1CFEEFEFF0A95857939B5F484F745C0B5632B9B7506ECE0B844FAC253EF49 | 12-13-2019 02:46:59 | Tushy | 12-12-2019 | 01-03-2020 | PA0002219634 |
| 37 | Info Hash: 2DFD52B630CCF19E7467D102BEE9A00DD9B5FE00<br>File Hash: BB04BEF65F97908459A72857FB6CED65B5629585DBADA45AE827B9220036FF27 | 10-25-2019 05:53:48 | Blacked Raw | 10-24-2019 | 11-05-2019 | PA0002210293 |
| 38 | Info Hash: 9E5DDD510945C8DD46FF3E459522F0292D605EE0<br>File Hash: 27ACBEAFD3C064094A693AFC0818310C36EDABEFCD4508C74040DFC08488C1D6 | 10-07-2019 03:33:53 | Vixen | 10-06-2019 | 10-21-2019 | PA0002207778 |
| 39 | Info Hash: 11BE292AF7B6E97B5F5DF01D28694305D92417DA<br>File Hash: 6D2F0AF16950FAA5B78A689DAD0DC66362AEFB1D9655E752A283DD0AEBAED0EF | 08-24-2019 08:47:08 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |
| 40 | Info Hash: 647CFD990FA697C165D54F27CA9CBC3AD9C7C54B<br>File Hash: E2B7478671B64EC94426BE920E869CF327EAB0436CBC5C8D1CE5CC23E5AF793B | 08-09-2019 12:08:32 | Tushy | 08-04-2019 | 08-22-2019 | PA0002195508 |
| 41 | Info Hash: AD6A93A1C5E3A28353EA69CC8965A2CB796064D4<br>File Hash: 562765D9C233FC228985B825224366C6B722ADBEB310EEF7CBA37B95D8B7EF94 | 07-15-2019 02:33:26 | Blacked Raw | 06-21-2019 | 08-27-2019 | PA0002213241 |
| 42 | Info Hash: 800740F464F1CCF69021A23A75EC839F5A1D09CA<br>File Hash: FAC61467D31A533833829BAFC336227F0386C1AD08C1BB00D0A52F88CC46B3D5 | 06-05-2019 23:24:54 | Tushy | 06-05-2019 | 07-17-2019 | PA0002188310 |